# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-1676
Lower Tribunal No. 2022-CT-005164-A-O

_____

ANDREA J. LAGREE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Orange County.
Faye L. Allen, Judge.

August 13, 2024

PER CURIAM.

AFFIRMED.

STARGEL and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.


Howard L. "Rex" Dimmig, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Daniel Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED